UNITED STATES of America,
Plaintiff–Appellee,

v.

Charles HAWKINS, Defendant–Appellant.

No. 00–7685.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Charles Hawkins, pro se. N. George Metcalf, Assistant United States Attorney, Richmond, VA, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Charles Hawkins seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Hawkins*, No. CR–83–107 (E.D. Va. Oct. 30 & Nov. 13,

2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*